RECEIVED
AUG 24 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SAREEL POINDEXTER (#27334-034) | DOCKET NO. 15-CV-1995, SEC. P |
| VERSUS | JUDGE DRELL |
| WARDEN | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition filed pursuant to 28 U.S.C. §2241 is hereby dismissed for lack of jurisdiction.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 21st day of August, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT